CM/ECF hrgstat2
(Rev. 07/28/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re: Natasha Michelle Boyland<br>Debtor(s) | )<br>)<br>)<br>)<br>) | Case No.: 18–13983–JDW<br>Chapter: 7 |
| Natasha Michelle Boyland<br>Plaintiff(s)<br>   vs.<br>First Franklin<br>Defendant(s) | )<br>)<br>)<br>)<br>) | Adversary Proceeding No.:<br>19–01023–JDW |

PLEASE TAKE NOTICE that a Status hearing will be held at:

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 6/26/19 at 10:30 AM

to consider and act upon the following:

*2* – 1:19–ap–1023 Complaint by Natasha Michelle Boyland against Bank of America , Deutsche Bank National Trust Company , First Franklin , Rubin Lublin, LLC , Select Portfolio Servicing, Inc. . Referred from USDC Northern District of MS Oxford Division. USDC #3:18cv181–M–P, filed on 8/24/18. Entered on Docket by: (AOH)

Dated: 5/1/19

                                    Shallanda J. Clay
                                    Clerk, U.S. Bankruptcy Court
                             BY: AOH
                                  Deputy Clerk