

**SO ORDERED,**

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | | | |
|---|---|---|---|
| **IN RE:** | ) | | |
| | ) | | |
| **NATASHA MICHELLE BOYLAND,** | ) | Case No.: | 18-13983-JDW |
| | ) | | |
| **DEBTOR.** | ) | Chapter | 7 |

**NATASHA MICHELLE BOYLAND,**

    **Plaintiff,**

**v.**                                                                                                           **AP No.:**         **19-01023-JDW**

**FIRST FRANKLIN,** *A division of National City Bank of Indiana,*
**DEUTSCHE BANK NATIONAL TRUST COMPANY,**
**BANK OF AMERICA,**
**SELECT PORTFOLIO SERVICING, INC.,**
**RUBIN LUBLIN, LLC, and**
**FIRST FRANKLIN CORPORATION**

    **Defendants.**

### ORDER TO SHOW CAUSE WHY THE
### ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED

Debtor-Plaintiff (Pro Se) Natasha Michelle Boyland (the "Plaintiff") originally filed this

action in the United States District Court for the Northern District of Mississippi seeking to stop

a pending foreclosure of her home. The litigation did not stop the foreclosure, which resulted in a third party purchasing the property. That purchaser then filed an eviction proceeding in state court. The Plaintiff then filed the bankruptcy case in an effort to stop the eviction. That effort was also unsuccessful, and the eviction has taken place. The District Court then referred this action to this Court because of the pending bankruptcy case. Given the history and multiple layers of litigation, this Court set a status conference to determine the current posture of this action. The status conference was noticed to all parties and held on June 26, 2019.

The Plaintiff failed to appear at the status conference. Counsel for all Defendants appeared. Since the filing of this action, the mortgage has been foreclosed, the eviction completed, and Plaintiff has received her bankruptcy discharge (so she no longer has any personal liability for the debt). These facts, coupled with Plaintiff's failure to appear at the status conference, indicate that Plaintiff may have abandoned this litigation. It is therefore,

**ORDERED, ADJUDGED** and **DECREED** that the Plaintiff show cause why the current adversary proceeding should not be dismissed. If Plaintiff intends to further pursue this matter, she must file a response to this Order so indicating by **July 26, 2019**. If no response is timely filed, the adversary proceeding will be dismissed.

##END OF ORDER##